```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 06891
    GLORIA D BAILEY
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-1816


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/17/07 and confirmed on 07/20/07.

    2.  The case was converted to Chapter 7 after confirmation, 10/17/2008.

    3.  The Debtor paid a total of $   6000.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG        .00           .00          .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE    2978.20           .00      2978.20
ASSOC ST JAMES RADIOLOGI  UNSECURED        NOT FILED         .00          .00
ASSOC ST JAMES RADIOLOGI  UNSECURED        NOT FILED         .00          .00
BLACK EXPRESSIONS         UNSECURED        NOT FILED         .00          .00
CAPITAL ONE BANK          UNSECURED        NOT FILED         .00          .00
CAPITAL ONE BANK          SPECIAL CLASS    NOT FILED         .00          .00
CAPITAL ONE BANK          UNSECURED         942.12           .00          .00
CAPITAL ONE BANK          UNSECURED         832.75           .00          .00
CITY OF JOLIET            UNSECURED        NOT FILED         .00          .00
CITY OF JOLIET            UNSECURED        NOT FILED         .00          .00
CITY OF JOLIET            UNSECURED        NOT FILED         .00          .00
COMED                     UNSECURED         173.06           .00          .00
D & I ELECTRONICS         UNSECURED        NOT FILED         .00          .00
DIRECTV                   UNSECURED        NOT FILED         .00          .00
CHARMING SHOPPES/FASHION  UNSECURED         902.59           .00          .00
FISCHER MANGOLD           UNSECURED        NOT FILED         .00          .00
HINSDALE ORTHOPAEDIC ASS  UNSECURED        NOT FILED         .00          .00
AMERICAN BONDED ATTORNEY  UNSECURED        NOT FILED         .00          .00
CARDIAC & VASCULAR CONSU  UNSECURED        NOT FILED         .00          .00
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
LOYOLA UNIVERSITY PHYS F  UNSECURED        NOT FILED         .00          .00
ACCOUNTS RECOVERY BUREAU  UNSECURED        NOT FILED         .00          .00
BLATT HASENMILLER LEIBSK  UNSECURED        NOT FILED         .00          .00
RUSH MEDICAL CENTER       UNSECURED        NOT FILED         .00          .00
SBC BANKRUPTCY DESK       UNSECURED        NOT FILED         .00          .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED         .00          .00
SILVER CROSS HOSPITAL     UNSECURED        NOT FILED         .00          .00
```

```
WASHINGTON MUTUAL CARD S UNSECURED        NOT FILED              .00          .00
WASHINGTON MUTUAL CARD S UNSECURED        NOT FILED              .00          .00
JEFFERSON CAPITAL SYSTEM FILED LATE             .00              .00          .00
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  2978.20         .00     2850.52         .00      5828.72
PRINCIPAL PAID      2978.20         .00         .00         .00      2978.20
INTEREST PAID           .00         .00         .00         .00          .00
TOTAL PAID          2978.20         .00         .00         .00      2978.20
```

The Debtor's attorney, JOHN A REED                      , was allowed $   3000.00
and was paid $    226.00  direct and $   2774.00  through the plan.

The Trustee received $     247.80 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/30/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 06891 GLORIA D BAILEY